IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-CR-00347-AWI |
| | ) | NEW CASE NUMBER |
| Plaintiff, | ) | |
| | ) | NO. 1:09-CR-00347-LJO |
| v. | ) | OLD CASE NUMBER |
| | ) | |
| YSIDRO MORENO LOPEZ, and | ) | |
| JOSE ANTONIO MORENO LOPEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court finds that the above-captioned action is similar to <u>United States of America v. Ernesto Garcia Gonzalez</u>, Case No. 1:09-CR-00155-AWI, and <u>United States of America v. Antonio Pantoja Ahumada</u>, Case No. 1:09-CR-00156-AWI,  in that all cases appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort.  <u>See</u> Local Rule 83-123.  Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered case, is reassigned to the same judge as the lower numbered cases.   IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number 1:09-CR-00347-AWI.

IT IS SO ORDERED.

**Dated:     September 21, 2009**              /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE