**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JOSE ANTONIO MORENO LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>YSIDRO MORENO LOPEZ,<br>**JOSE ANTONIO MORENO LOPEZ**<br><br>                    DEFENDANTS. | Case No.: 09-CR-00347 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND SHEILA K. OBERTO, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOSE ANTONIO MORENO LOPEZ  by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for October 19, 2009 be continued to November 23, 2009  at 9:00 a.m., or a date convenient to court and counsel.

   This is a mutual agreement between myself, Co-Counsel John A. Tello, and Assistant United States Attorney Sheila K. Oberto.  I commenced a homicide trial on October 13, 2009 and it is expected to last approximately three (3)  weeks.  In addition, Mr. Tello is scheduled to

commence trial today, October 15, 2009.

Based upon the foregoing, I respectfully request that this matter be continued to November 23, 2009.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: 10/15/09                          /s/ David A. Torres
                                         DAVID A. TORRES
                                         Attorney for Defendant
                                         JOSE ANTONIO MORENO LOPEZ

Dated: 10/15/09                          /s/ John A. Tello
                                         JOHN A. TELLO
                                         Attorney for Defendant
                                         YSIDRO MORENO LOPEZ

Dated: 10/15/09                          /s/ Sheila K. Oberto
                                         SHEILA K. OBERTO
                                         Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   October 15, 2009**              **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE