**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JOSE ANTONIO MORENO LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        PLAINTIFF,<br><br>YSIDRO MORENO LOPEZ,<br>**JOSE ANTONIO MORENO LOPEZ**<br>                        DEFENDANTS. | Case No.: 09-CR-00347 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KIRK E. SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOSE ANTONIO MORENO LOPEZ by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for January 19, 2010 be continued to February 8, 2010 at 9:00 a.m., or a date convenient to court and counsel.

   This is a mutual agreement between myself , Co-Counsel John A. Tello, and Assistant United States Attorney Kirk E. Sherriff, to provide time for discussions regarding the resolution of this case.  All defendants are prepared to exclude time.

1  Based upon the foregoing, I respectfully request that this matter be continued to
2  February 8, 2010.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

7  Dated: 1/14/10                                  /s/ David A. Torres
                                                   DAVID A. TORRES
8                                                  Attorney for Defendant
                                                   JOSE ANTONIO MORENO LOPEZ

10 Dated: 1/14/10                                  /s/ John A. Tello
                                                   JOHN A. TELLO
11                                                 Attorney for Defendant
                                                   YSIDRO MORENO LOPEZ

14 Dated: 1/14/10                                   /s/ Kirk Sherriff
                                                   KIRK SHERRIFF
15                                                 Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:    January 14, 2010**           **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE