**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JOSE ANTONIO MORENO LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                             PLAINTIFF,<br><br>YSIDRO MORENO LOPEZ,<br>**JOSE ANTONIO MORENO LOPEZ**<br>                             DEFENDANTS. | Case No.: 09-CR-00347 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KIRK E. SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE ANTONIO MORENO LOPEZ by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for August 30, 2010 be continued to September 20, 2010 at 9:00 a.m., or a date convenient to court and counsel.

This is a mutual agreement between myself, Co-Counsel John A. Tello, and Assistant United States Attorney Kirk E. Sherriff, to provide time for discussions regarding restitution in this case. All defendants are prepared to exclude time.

Based upon the foregoing, I respectfully request that this matter be continued to September 20, 2010.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

Dated: August 26, 2010        /s/ David A. Torres
                              DAVID A. TORRES
                              Attorney for Defendant
                              JOSE ANTONIO MORENO LOPEZ

Dated: August 26, 2010        /s/ John A. Tello
                              JOHN A. TELLO
                              Attorney for Defendant
                              YSIDRO MORENO LOPEZ

Dated: August 26, 2010        /s/ Kirk Sherriff
                              KIRK SHERRIFF
                              Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   August 26, 2010

CHIEF UNITED STATES DISTRICT JUDGE