**JOHN TELLO, SBN 86589**
Law Office of John Tello
432 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 323-8700
Facsimile:  (661) 323-8710

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>                             )<br>     v.                      )<br>                             )<br>                             )<br>YSIDRO MORENO LOPEZ,         )<br>                             )<br>            Defendant.       )<br>_____) | CR. No. 1:09-cr-00347 AWI<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING AND ORDER**<br><br>Date: January 24, 2011<br>Time: 9:00 a.m.<br>Ctrm: 2<br>     Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective attorneys of record, that the pending sentencing in this matter may be continued from 9:00 a.m., Monday, December 6, 2010 to 9:00 a.m., Monday, January 24, 2011.

   This stipulation is based on good cause.  Specifically, defense counsel has been advised by defendant that he is attempting to secure funds to make a substantial payment towards restitution in this matter. Defendant wishes to continue his sentencing hearing to January 24, 2011, the same date in which
///
///
///

1

1  his co-defendant and brother, Antonio Moreno Lopez, is set.
2
3
4                                    BENJAMIN B. WAGNER
                                     United States Attorney
5
6                                       (As auth. 11/23/10
   Dated: November 24, 2010        By: /s/ Kirk E. Sherriff
7
                                     KIRK E. SHERRIFF
8                                    Assistant U.S. Attorney
9
10 Dated: November 24, 2010          /s/ John Tello
                                     John Tello, Esq.
11                                   Attorney for Defendant
12
13                                 **ORDER**
14 IT IS SO ORDERED.
15
   Dated:      November 23, 2010
16                                   CHIEF UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2