**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JOSE ANTONIO MORENO LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        PLAINTIFF,<br><br>YSIDRO MORENO LOPEZ,<br>**JOSE ANTONIO MORENO LOPEZ**<br>                        DEFENDANTS. | Case No.: 09-CR-00347 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE  SENTENCING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KIRK E. SHERIFF,  UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOSE ANTONIO MORENO LOPEZ  by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for March 7, 2011 be continued to March 14, 2011 at 9:00 a.m., or a date convenient to court and counsel.

   This is a mutual agreement between myself, Co-Counsel John A. Tello, and United States Attorney Kirk E. Sheriff.  The restitution checks were mailed to an incorrect address and additional time is need to locate the checks.

1  Based upon the foregoing, I respectfully request that this matter be continued to
2  March 14, 2011.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).
5  IT IS SO STIPULATED.

7  Dated: 03 /03/11        /s/ David A. Torres
                           DAVID A. TORRES
8                          Attorney for Defendant
                           JOSE ANTONIO MORENO LOPEZ

10 Dated: 03/03/11         /s/ John A. Tello
                           JOHN A. TELLO
11                         Attorney for Defendant
                           YSIDRO MORENO LOPEZ

14 Dated: 03/03/11         /s/ Kirk E. Sheriff
                           KIRK E. SHERIFF
15                         U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   March 3, 2011

CHIEF UNITED STATES DISTRICT JUDGE